UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BASIC SOLUTIONS LTD. CO. | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CAUSE NO. 4:23-cv-04824 |
| JUAN MANUEL GONZALEZ VEGA D/B/A GMA TRADING, GMA TRADING CORP., GMA INDUSTRIAS S.A. DE C.V., COMERCIAL GMA S.A. DE C.V., AND BIG FISH INTERNATIONAL CORPORATION | § § § § § § § § | |
| *Defendants.* | § § | |

## CERTIFICATE OF CONFERENCE

On March 12, 2025, counsel for Plaintiff Basic Solutions Ltd. Co. and Third-Party Defendant Javier Gonzalez Sr. conferred with counsel for Defendants Juan Manuel Gonzalez Vega d/b/a GMA Trading and GMA Trading Corp. regarding Movants' Motion to Quash Subpoena and/or for a Protective Order regarding Bank Records, filed on March 11, 2025. Counsel for Defendants indicated he was opposed to the relief requested. Therefore, Movants respectfully request the Court set the matter for hearing.

RESPECTFULLY SUBMITTED,

**JACKSON WALKER L.L.P.**

  /s/ Javier Gonzalez
JAVIER GONZALEZ
Texas State Bar No. 24119697
S.D. Texas Bar No. 3722324
jgonzalez@jw.com
Taylor L. Leger
Texas State Bar No. 24119389
S.D. Texas Bar No. 3864561
tleger@jw.com
Tel. (713) 752-4453
1401 McKinney, Suite 1900
Houston, TX 77010

**ATTORNEYS FOR PLAINTIFF BASIC SOLUTIONS LTD. CO. & THIRD-PARTY DEFENDANT JAVIER GONZALEZ SR.**

## CERTIFICATE OF SERVICE

I certify that on March 17, 2025, a true and correct copy of the foregoing instrument was served upon all counsel of record and/or parties via ECF, in compliance with Fed. R. Civ. P. 5.

**GREENBERG TRAURIG, LLP**
Christina M. Carroll
State Bar No. 24092868
Christina.Carroll@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
(214) 665-3600 (telephone)
(214) 665-3601 (facsimile)
**Attorneys For Defendants
Juan Manuel Gonzalez Vega and GMA Trading Corp.**

  /s/ Javier Gonzalez
Javier Gonzalez